E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA, CA 267616
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4820
lynn.harada@ssa.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENESSA ALEXANDRA EDLER,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:23-cv-01898-DTB<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  above-captioned action is remanded to the Commissioner of Social Security for further
2  proceedings consistent with the Stipulation to Remand.

3
4  DATED: March 15, 2024                    _____
5                                           HON. DAVID T. BRISTOW
                                            UNITED STATES MAGISTRATE JUDGE