LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| VANESSA ALEXANDRA EDLER,  ) | No: 5:23-cv-01898-DTB |
| ) | |
|    Plaintiff,  ) | |
| ) | ~~PROPOSED~~ EAJA ORDER |
|   v.  ) | |
| ) | |
| MARTIN O'MALLEY,[1] Commissioner of  ) | |
| Social Security,  ) | |
| ) | |
|    Defendant  ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

    DATE: April 24, 2024     _____
                                        HON. DAVID T. BRISTOW
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).